**In re Lawrence HOROWITZ,**
**Respondent.**

**No. 14–BG–605.**

District of Columbia Court of Appeals.

Filed Aug. 21, 2014.

BEFORE: BECKWITH, Associate Judge, and NEBEKER and TERRY, Senior Judges.

### ORDER

PER CURIAM

On consideration of the certified order suspending respondent from the practice of law in the state of New York for a period of three years and until further order of the court, this court's June 17, 2014, order directing respondent to show

cause why the functional equivalent reciprocal discipline in the form of a three-year suspension with a fitness requirement should not be imposed, the statement of Bar Counsel, and it appearing that respondent has failed to file either a response to this court's order to show cause or the affidavit required by D.C. Bar R. XI, § 14(g), it is

ORDERED that Lawrence Horowitz is hereby suspended from the practice of law for a period of three years, with reinstatement contingent upon a showing of fitness. *See In re Sibley,* 990 A.2d 483 (D.C.2010); *In re Fuller,* 930 A.2d 194, 198 (D.C.2007) (rebuttable presumption of identical reciprocal discipline applies to all cases in which the respondent does not participate). It is

FURTHER ORDERED that for purposes of reinstatement the period of respondent's suspension will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).